IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA M NITSCH,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | 8:13CV95<br><br>**ORDER ON APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS** |

IT IS ORDERED that the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 2, is granted.

Dated March 25, 2013.

BY THE COURT:

*[signature]*
Warren K. Urbom
United States Senior District Court