IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA M NITSCH, | |
| Plaintiff, | 8:13CV95 |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER ON DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S BRIEF |
| Defendant. | |

    The defendant, by and through its counsel, filed a motion to extend the deadline for filing and serving its response brief to September 5, 2013. Plaintiff's counsel in response to a telephone call from my judicial assistant left a voice mail message on my chamber's phone expressing no objection to this motion.

    IT THEREFORE IS ORDERED that:

    1. the Defendant's Motion to Extend Time to Respond to Plaintiff's Brief, ECF No. 16, is granted;

    2. the defendant shall have on or before September , 2013, in which to file and serve its answer brief;

    3. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

    4. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

    Dated August 6, 2013.

BY THE COURT

_Warren K. Urbom_
Warren K. Urbom
United States Senior District Judge