IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA M NITSCH,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | 8:13CV95<br><br>**AMENDED ORDER ON DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S BRIEF** |

      In a review of the docket entry and the Order on Defendant's Motion to Extend Time To Respond to Plaintiff's Brief, ECF No. 17, my judicial assistant found the deadline date for the defendant to file and serve its answer brief to be missing.

      IT THEREFORE IS ORDERED that:

      1.  the Defendant's Motion to Extend Time to Respond to Plaintiff's Brief, ECF No. 16, is granted;

      2.  the defendant shall have on or before September 5, 2013, in which to file and serve its answer brief;

      3.  within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

      4.  in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

      Dated August 20, 2013.

      BY THE COURT

      _/s/ Warren K. Urbom_
      Warren K. Urbom
      United States Senior District Judge